# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | | |
|---|---|---|
| ROBERT JAY LINAHAN, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO.: 7:24-CV-80 (WLS) |
| | : | |
| DESTINATION BOUND, INC d/b/a | : | |
| DESTINATION BOUND MARINE | : | |
| TRANSPORT AND SERVICES INC | : | |
| and JONATHAN WAYNE HINES, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## ORDER

Before the Court is the Parties' Joint Notice of Compromise and Settlement (Doc. 14). Therein, the Parties inform the Court that the Parties have reached a settlement and requests the Court cancel the upcoming scheduled settlement conference. Accordingly, the Parties are **ORDERED** to file the necessary dismissal document(s) in writing no later than **Friday, January 3, 2025**, or otherwise file, by that date, a written update as to the status of the settlement and a motion requesting additional time for good cause. The case is **STAYED** until Friday, January 3, 2025. The Settlement Conference previously scheduled for January 21, 2025 is **CANCELLED**.

**SO ORDERED**, this 16th day of December 2024.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

1